**Opinion filed August 29, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00232-CV

_____

## IN THE INTEREST OF T.H., A CHILD

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E25013PC**

## M E M O R A N D U M   O P I N I O N

Appellant, the mother of the child, filed a notice of appeal from the trial court's order terminating her parental rights to T.H.[1]  Appellant has now filed a motion to "withdraw" her notice of appeal, stating that she wishes to "withdraw [her] appeal." We construe Appellant's motion as a request to dismiss her appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

---

[1]The trial court also terminated the parental rights of T.H.'s father after accepting his Affidavit of Voluntary Relinquishment of Parental Rights.  He did not file a notice of appeal.

We grant Appellant's motion and dismiss this appeal.

JOHN M. BAILEY

CHIEF JUSTICE

August 29, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.